UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| EUGENE HART,<br>Plaintiff,<br>v.<br>META PLATFORMS INC., et al.,<br>Defendants. | Case No. 26-cv-04729-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

On June 3, 2026, United States Magistrate Judge Sallie Kim issued an order granting Hart's request to proceed *in forma pauperis* but dismissing his complaint for lack of subject matter jurisdiction. Dkt. No. 4. The order gave Hart leave to file an amended complaint no later than July 3, 2026.

The case has now been reassigned to the undersigned and the docket reflects that Hart has not filed an amended complaint in compliance with Judge Kim's order. Hart is therefore ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing an amended complaint **no later than September 21, 2026**. If Hart does not file an amended complaint by this date the case will be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). A copy of this order shall be mailed to Hart's current address.

**IT IS SO ORDERED.**

Dated: August 20, 2026

William H. Orrick
United States District Judge